Case 2:19-cv-00188   Document 24   Filed on 10/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CORPUS CHRISTI ISLAND APARTMENT VILLAS MANAGEMENT GROUP LLC; dba ISLAND VILLA APARTMENT HOMES, § § § § § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 2:19-CV-188 | |
| § | | |
| UNDERWRITERS AT LLOYD'S LONDON, *et al*, § § § | | |
| Defendants. § | | |

# FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Compel Arbitration (D.E. 23), the Court enters final judgment dismissing this action.

ORDERED this 18th day of October, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE